NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CONSTANCE R. SPEED,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5079

---

Appeal from the United States Court of Federal Claims in No. 10-CV-0125, Judge Charles F. Lettow.

---

**JUDGMENT**

---

VICTORIA PLANTE-NORTHINGTON, Plante Law Firm, P.C. of Houston, Texas, argued for plaintiff-appellant.

TARA K. HOGAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief was MORGAN E. REHRIG, Attorney,

Office of General Counsel, United States Postal Service, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* PROST, and CHEN, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 9, 2014
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court